



★ ★ ★          ★ ★ ★

# MEMORANDUM OPINION

No. 04-09-00492-CR

Jose Antonio **CARDENAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2004-CRN-000160-D1
Honorable Jose A. Lopez, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
               Sandee Bryan Marion, Justice
               Phylis J. Speedlin, Justice

Delivered and Filed: March 31, 2010

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion is signed by both Appellant and his attorney. *See* TEX. R. APP. P. 42.2(a). We, therefore, grant the motion and dismiss this appeal. *See id.*

PER CURIAM

DO NOT PUBLISH